*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3918          Assigned/Issued By:

Judge Name: COAR              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

              ☐ IFP        ☐ No Fee    ☐ Other _____

              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____             _____
       (Type of Writ)                  _____
                                       (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                      (Date)
_____

_____