IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bouke Hale, on behalf of plaintiff and a class, | )<br>)<br>) |
| Plaintiff, | )  Case No.: 08 C 3918 |
| v. | )<br>)  Judge Coar |
| AFNI, Inc., | )<br>)  Magistrate Judge Schenkier |
| Defendant. | )<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, AFNI, Inc., by its attorneys David M. Schultz and Justin M. Penn, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant a 21-day enlargement of time to file a responsive pleading to the plaintiff's Class Action Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state both individual and class action claims under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on July 10, 2008, and defendant was served on July 14, 2008.  Defendant's responsive pleading is due August 4, 2008.

3. Defendant has recently retained defense counsel who has filed an Appearance concurrently with the instant motion.

4. Defendant hereby requests an additional 21 days to answer or otherwise plead.  This time is not meant for purposes of unnecessary delay and will not prejudice

any party in the litigation. This time is necessary to analyze the pleading and class allegations and prepare the appropriate response to the plaintiff's claims.

WHEREFORE, defendant, AFNI, Inc. respectfully requests that this Court grant a 21-day enlargement of time, up to and including, August 25, 2008, to file a responsive pleading to the plaintiff's Class Action Complaint.

                                        Respectfully submitted,

                                        **AFNI, Inc.**

                              By:       s/Justin M. Penn
                                          One of the Attorneys for Defendant

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6347552v1 36607

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on August 4, 2008.

                                                 s/Justin M. Penn
                                                 Justin M. Penn