## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Bouke Hale, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.: 08 C 3918** |
| | ) | |
| v. | ) | **Judge Coar** |
| | ) | |
| AFNI, Inc., | ) | **Magistrate Judge Schenkier** |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on **August 7, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar in Courtroom 1419 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion for Enlargement of Time,** a copy of which is attached hereto and is herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

s/Justin M. Penn
Justin M. Penn
One of the Attorneys for Defendant
Afni, Inc.

Justin M. Penn
**HINSHAW & CULBERTSON LLP**
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000
Firm No.:  90384

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on August 4, 2008.

s/Justin M. Penn
Justin M. Penn

6347596v1 33