**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOUKE HALE, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3918 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Schenkier |
| AFNI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**    (See attached service list.)

**PLEASE TAKE NOTICE** that on August 25, 2008, at 9:00 a.m., we will appear before Honorable Judge Coar in room 1419 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. Edelman, hereby certify that on August 19, 2008, I caused to be filed the foregoing document via the CM/ECF System, which notification of such filing to the following parties via electronic mail:

Justin M. Penn
jpenn@hinshawlaw.com

<u>s/Daniel A. Edelman</u>
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)