## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Bouke Hale
                Plaintiff,

v.                                          Case No.: 1:08−cv−03918
                                               Honorable David H. Coar

AFNI, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

    MINUTE entry before the Honorable David H. Coar: Motion hearing held on 8/25/2008 regarding motion to certify class[14]. Set deadlines as to motion to certify class [14] : Responses due by 9/29/2008, Replies due by 10/14/2008. Motion to certify class [14] is taken under advisement – ruling to issue by mail. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.