**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOUKE HALE, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3918 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Schenkier |
| AFNI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION**

Defendant Afni, Inc. stipulates that it will not make any offer to settle plaintiff's individual claim pursuant to Rule 68 or otherwise prior to the refiling of plaintiff's class certification motion. Nothing in this stipulation precludes Defendant from making a Rule 68 Offer of judgment on a class basis. In consideration of the foregoing, Plaintiff Bouke Hale stipulates to withdraw his pending motion for class certification without prejudice.

| | |
|---|---|
| **BOUKE HALE** | **AFNI, INC.** |
| By: s/ Francis R. Greene | By: s/Justin M. Penn |
|     One of His Attorneys |     One of Its Attorneys |
| Daniel A. Edelman | David M. Schultz |
| Cathleen M. Combs | Justin M. Penn |
| James O. Latturner | HINSHAW & CULBERTSON LLP |
| Francis R. Greene | 200 N. LaSalle St. |
| EDELMAN, COMBS, LATTURNER & | Suite 300 |
| GOODWIN, LLC | Chicago, IL 60601 |
| 120 South LaSalle Street, 18th Floor | (312) 704-3000 |
| Chicago IL 60603 | (312) 704-3001 (Fax) |
| (312) 739-4200 | |
| (312) 419-0379 (fax) | |

## CERTIFICATE OF SERVICE

        I, Francis R. Greene, hereby certify that on September 11, 2008, I caused to be filed the foregoing document via the CM/ECF System, which notification of such filing to the following parties via electronic mail:

Justin M. Penn
jpenn@hinshawlaw.com

                                              s/Francis R. Greene
                                              Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

2